IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,  )
                                                      )   2:09-cv-1548-GEB-GGH
         Plaintiff,  )
                                                      )
    v.  )   ORDER CONTINUING STATUS
                                                      )   (PRETRIAL SCHEDULING)
VICTOR LEONARDINI, Trustee,  )   CONFERENCE
                                                      )
         Defendant.  )
_____)

        Plaintiff's Status Report filed October 5, 2009 reveals this case is not ready to be scheduled.  Therefore, the Status (Pretrial Scheduling) Conference set for October 19, 2009 is continued to February 1, 2010, at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior to the status conference.

        Further, if this action is not prosecuted by the time the joint status report is due, as contemplated under federal law, and Plaintiff does not provide a sufficient reason for the failure to prosecute in the above referenced status report, this action may be dismissed for failure of prosecution.

        IT IS SO ORDERED.

Dated:  October 8, 2009

                                                       _____
                                                       GARLAND E. BURRELL, JR.
                                                       United States District Judge